UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : MAGISTRATE NO.: _14-9161_

                       :

V. : CRIMINAL ACTION

                       : ORDER OF RELEASE

_ELZTNER PATONOG_ :


       The Court orders the defendant  is ordered released on a personal recognizance bond with the following bail conditions:


       (1) Reporting, as directed, to U.S. Pretrial Services;

       ( ) Substance Abuse testing/treatment, as directed by U.S. Pretrial Services;

       ( ) Mental Health testing/treatment as directed by U.S. Pretrial Services:

       (5) The defendant shall appear at all future court proceedings;

       ( ) Other: _____


_____      _____8/28/14_____

DEFENDANT                    DATE


       It is further ORDERED that the defendant be furnished with a copy of this order and a notice of the penalties applicable to violation of conditions of release.

_____

ANTHONY R. MAUTONE
U.S. MAGISTRATE JUDGE

_____8/28/14_____

DATE